Dismissed and Memorandum Opinion filed August 25, 2005









Dismissed and Memorandum Opinion filed August 25,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00726-CR

____________

 

THE STATE OF
TEXAS, Appellant

 

V.

 

JEREMY DWAYNE
GIBSON,
Appellee

 



 

On Appeal from the
278th District Court

Walker County,
Texas

Trial Court Cause No.
22715

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by the Walker County District Attorney, has been filed with
this court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant the State=s request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered
and Memorandum Opinion filed August 25, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.

Do not publish C Tex.
R. App. P. 47.2(b).